1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    MAEWEATHERS MARSHALL,                     Case No. 17-cv-03195-SI
8         Plaintiff,
9         v.                                   **ORDER FOR AMENDED COMPLAINT**
10   ALAMEDA COUNTY, et al.,
11        Defendants.

On January 19, 2018, the order of dismissal with leave to amend was mailed to plaintiff at Salinas Valley State Prison, the most recent address he provided to the court. He did not file an amended complaint. It appears that he now is housed at the California State Prison in Corcoran (according to the CDCR's inmate locator website), although he failed to file a notice of change of address. It is unclear whether the January 19, 2018 order ever reached plaintiff. Accordingly, the clerk will update the court's docket to show the plaintiff as now being housed at the California State Prison in Corcoran, and will mail to him a copy of the order of dismissal with leave to amend and the order granting *in forma pauperis* application (i.e., Docket Nos. 13 and 14).

The court now resets the deadline for plaintiff to file an amended complaint that complies with the directions in the order of dismissal with leave to amend. Plaintiff must file his amended complaint no later than **April 27, 2018**. Failure to file an amended complaint by the deadline will result in the dismissal of this action.

Plaintiff is reminded that he must *promptly* notify the court of his new address every time he is moved to a new facility or is released from custody.

**IT IS SO ORDERED**.

Dated: March 14, 2018

_____
SUSAN ILLSTON
United States District Judge